**RANDY E. THOMAS, ESQ. / SBN: 78411**
**SAVEEL KHAN, ESQ. / SBN: 324703**
**LAW OFFICE OF RANDY E. THOMAS**
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone:    (209) 369-9255
Facsimile:      (209) 369-9288

Attorneys for Defendants,
MICHAEL L. MANNA, and
MICHAEL L. MANNA RANCH, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JUAN VASQUEZ, JOSE LUIS ZAVALA, and MOISES ROCHA, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL L. MANNA RANCH, INC., MICHAEL L. MANNA, an individual,<br><br>Defendants. | Case No.: 2:24-CV-01968-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT; AND, FOR AN ORDER ALLOWING DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:     July 18, 2024 |

WHEREAS, Plaintiffs Juan Vasquez, Jose Luis Zavala, and Moises Rocha on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated  ("Plaintiffs"), filed Complaint against Defendants Michael L. Manna Ranch, Inc., and Michael L. Manna, an individual ("Defendants") and others on July 18, 2024.

WHEREAS, Plaintiffs filed for Entry of Default on their Complaint against Defendants on November 8, 2024.

WHEREAS, Entry of Default on Plaintiffs' Complaint was entered against Defendant Michael L. Manna Ranch, Inc., on November 8, 2024.

1 WHEREAS, Plaintiffs have agreed to set aside the Entry of Default against Defendant Michael L. Manna Ranch, Inc.

WHEREAS, Plaintiffs have agreed to allow both Defendants to file a responsive pleading to the Complaint by November 20, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs and Defendants, by and through their respective counsel, that:

1. The Entry of Default entered against Defendant Michael L. Manna Ranch, Inc. shall be vacated as of the date of entry of this Order; and

2. Defendants shall file their responsive pleading no later than November 20, 2024.

Dated: November _____, 2024        LAW OFFICE OF RANDY E. THOMAS

_____
Saveel Khan, Attorney for Defendants
Michael L. Manna, an individual, and
Michael L. Manna Ranch, Inc.

Dated: November _____, 2024        MALLISON & MARTINEZ

_____
Cody A. Bolce, Attorney for Plaintiffs
and a Class of Similarly Situated Employees

# ORDER

IT IS HEREBY ORDERED, for good cause appearing based upon the stipulation of Plaintiffs and Defendants, that:

1. The Entry of Default entered against Defendant shall be vacated as of the date of this Order; and

2. Defendants shall file a responsive pleading to the Complaint no later than November 20, 2024.

IT IS SO ORDERED.

Dated:   November 14, 2024                                   _____
                                                                                         JEREMY D. PETERSON
                                                                                         UNITED STATES MAGISTRATE JUDGE