UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VASQUEZ, *et al.*, | Case No. 2:24-cv-1968-JDP |
| Plaintiffs, | |
| v. | INITIAL PRETRIAL SCHEDULING ORDER |
| MICHAEL L. MANNA RANCH, INC., *et al.*, | |
| Defendants. | |

This case was before the court on January 16, 2025, for an initial pretrial scheduling conference.[1] Attorney Daniel Keller appeared on behalf of plaintiffs; attorney Randy Thomas appeared on behalf of defendants. After hearing and review of the parties' joint status report, ECF No. 18, the court hereby enters the following scheduling order:

**SERVICE OF PROCESS**

Service of process is undisputed.

**JOINDER OF PARTIES AND AMENDMENTS TO PLEADINGS**

Any motion to amend a pleading must be filed by no later than October 2, 2025. After that date, no further joinder of parties or amendments to pleadings will be permitted except with leave of court, which will be granted only upon a finding of good cause.

---

[1] This case proceeds before the undersigned pursuant to the parties' consent. ECF No. 17; *see* 28 U.S.C. § 636(c).

**JURISDICTION AND VENUE**

Jurisdiction and venue are not disputed.

**DISCOVERY**

All discovery shall be completed by December 10, 2026. In this context, "completed" means that all discovery shall have been conducted; all depositions shall have been taken; any disputes relative to discovery shall have been resolved by appropriate order, if necessary; and the relevant parties shall have complied with any orders relating to discovery. Motions to compel discovery shall be noticed on the undersigned's law and motion calendar in accordance with the local rules and shall be heard not later than October 29, 2026. The parties are advised that they must comply with the undersigned's procedures for civil matters—which require, *inter alia*, an informal discovery conference with the undersigned—before the court will consider a discovery motion.[2]

**EXPERT DISCLOSURE**

The parties shall designate in writing, and shall serve upon all other parties, the names of any experts whom they propose to tender at trial in accordance with the following schedule: initial expert disclosures shall be served on or before September 4, 2026, and any rebuttal disclosures shall be served on or before October 2, 2026. The designation shall be accompanied by a written report that complies with Federal Rule of Civil Procedure 26(a)(2).

An expert witness not disclosed in accordance with this schedule will not be permitted to testify unless the party offering the witness demonstrates that: (a) the necessity of the witness could not have been reasonably anticipated at the time disclosure was required; (b) the court and all other parties were promptly notified upon discovery of the witness; and (c) the witness was promptly proffered for deposition. Failure to provide the information required along with the expert designation may lead to exclusion of the expert's testimony or other appropriate sanctions.

All experts are to be fully prepared to render an informed opinion at the time of designation so that they may fully participate in any deposition taken by the opposing party.

---

[2] A copy of the undersigned's procedures is available on the court's website.

1  Testimony regarding late-disclosed opinions that reasonably should have been available at the
2  time of designation will not be permitted.

## MOTION HEARING SCHEDULES

Plaintiffs' motion for class certification shall be completed—that is, fully heard—by June 10, 2027.  Prior to filing the motion for class certification, the parties shall meet and confer, in person or by telephone, to discuss the issues to be raised in the motion.  Counsel are cautioned that they must comply with the local rules regarding the requirements for noticing the motion on the court's regularly scheduled law and motion calendar.  A non-moving party shall file with the court an opposition or statement of non-opposition to any properly noticed motion no later than fourteen days after the motion's filing.  *See* E.D. Cal. L.R. 230(c).  Any reply by the moving party shall be filed with the court no later than ten days after the opposition's filing.  *See* E.D. Cal. L.R. 230(d).  Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed twenty-five pages in length; reply briefs shall not exceed fifteen pages.

## FURTHER SCHEDULING

No later than thirty days after the court's ruling on plaintiffs' motion for class certification, the parties shall, after meeting and conferring, file a joint status report addressing whether supplemental discovery is needed and proposing deadlines for filing dispositive motions.  A final pretrial conference will be set before the undersigned after the resolution of any dispositive motions or, if no dispositive motions are filed, after the passage of the dispositive motion deadline.  A trial date will be determined at the final pretrial conference, and the parties should be prepared to confirm a trial date within 60 to 120 days from the date of the pretrial conference.

**SETTLEMENT CONFERENCE**

A settlement conference may be set at the final pretrial conference. If the parties believe that an earlier settlement conference may be helpful in resolving the case, they may contact Judge Peterson's Courtroom Deputy, Nic Cannarozzi, to request that one be scheduled.

IT IS SO ORDERED.

Dated:   January 17, 2025                                    _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE

4